UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20907-CR-MOORE

UNITED STATES OF AMERICA

vs.

ALCATEL-LUCENT, S.A.,
    f/k/a "Alcatel, S.A.,"

    Defendant.
_____/

## GOVERNMENT'S UNOPPOSED
## MOTION TO TRANSFER RELATED CASE

The United States of America, through the undersigned, provides notice of a related case pursuant to Local Rule 3.8 and files this motion to transfer the above-referenced case from this Court to the Honorable Patricia A. Seitz pursuant to Internal Operating Procedure 2.15.00(C), as the above-referenced case is related to *United States v. Christian Sapsizian,* et al., 06-20797-CR-SEITZ(s). In support of this motion, the government states as follows:

    1.    On December 19, 2006, Christian Sapsizian, a former employee of Alcatel-Lucent France, S.A., formerly known as Alcatel CIT, S.A., which is a wholly owned subsidiary of defendant Alcatel-Lucent, S.A., (Alcatel-Lucent) was indicted by a federal grand jury in the Southern District of Florida for conspiring to violate the Foreign Corrupt Practices Act (FCPA), violating the FCPA, and conspiring to launder money arising out of the bribery of foreign officials in Costa Rica. That case was assigned to Judge Seitz: *United States v. Christian Sapsizian*, 06-20797-CR-SEITZ.

    2.    On March 20, 2007, a federal grand jury returned a superseding indictment against Sapsizian adding another defendant, Edgar Valverde Acosta, a former employee of Alcatel Centroamerica, S.A., formerly known as Alcatel de Costa Rica, S.A., which is a wholly owned

subsidiary of defendant Alcatel-Lucent. Like Sapsizian, Valverde was charged with conspiring to violate, and violating, the FCPA and conspiring to launder money arising out of the bribery of foreign officials in Costa Rica. This case continued to be assigned to Judge Seitz: *United States v. Christian Sapsizian and Edgar Valverde Acosta*, 06-20797-CR-SEITZ(s).

3. On June 14, 2007, Sapsizian pleaded guilty before Judge Seitz to conspiring to violate the FCPA and violating the FCPA. Sapsizian agreed to cooperate with the government. After a number of continuances granted to permit Sapsizian to continue his cooperation with the law enforcement authorities in Costa Rica, France, and the United States, on September 23, 2008, Judge Seitz sentenced Sapsizian to 30 months' imprisonment following a motion for a reduction in Sapsizian's sentenced filed by the government pursuant to Section 5K1.1 of the United States Sentencing Guidelines. Sapsizian is currently incarcerated. Valverde remains a fugitive.

4. On December 27, 2010, the instant matter was filed against Alcatel-Lucent, which is the parent company of the former employers of Sapsizian and Valverde, charging it with violating the FCPA.[1] A substantial part of the criminal information in the instant matter involves the Costa Rica bribery allegations that gave rise to the charges against Sapsizian and Valverde. Alcatel-Lucent has agreed to enter into a three-year deferred prosecution agreement with the government.

---

[1] On December 27, 2010, a criminal information was also filed against three subsidiaries of Alcatel-Lucent: Alcatel-Lucent France, S.A., f/k/a "Alcatel CIT, S.A.," Alcatel Centroamerica, S.A., Alcatel-Lucent Trade International, A.G., f/k/a "Alcatel Standard, A.G.," and f/k/a "Alcatel de Costa Rica, S.A." Those three corporate defendants have agreed to plead guilty to conspiring to violate the FCPA. This matter was assigned to Judge Martinez, and the government is simultaneously filing a similar motion to transfer that matter to Judge Seitz as a related case. *See United States v. Alcatel-Lucent France, S.A., f/k/a "Alcatel CIT, S.A.,"* et al., 10-20906-CR-MARTINEZ.

5.     Because Judge Seitz has already handled the plea and sentencing of Sapsizian, which substantially overlaps with the conduct charged in the instant case, the Valverde matter is still pending before Judge Seitz as a fugitive matter, and the resolution in the instant case may lead to a Rule 35 motion on Sapsizian's behalf, it would "appear to entail the unnecessary duplication of judicial labor if heard by a different Judge." IOP 2.15.00(C). Therefore, in accord with the Internal Operating Procedures of the United States District Court for the Southern District of Florida, the government moves that this case be transferred to Judge Seitz. The defendant and its counsel support this motion, and it is the undersigned's understanding that Judge Seitz is willing to accept this transfer.

A proposed order is attached.

Respectfully submitted,

DENIS J. McINERNEY
CHIEF, FRAUD SECTION
Criminal Division
United States Department of Justice

By:     s/ Charles E. Duross
CHARLES E. DUROSS
Deputy Chief
Court No. A5500618
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Tel:     (202) 353-7691
Fax:     (202) 514-7021
Email: charles.duross@usdoj.gov

## **CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court and defense counsel using CM/ECF on December 29, 2010 and via electronic mail:

>Martin J. Weinstein, Esq.
>Robert J. Meyer, Esq.
>Willkie Farr & Gallagher LLP
>1875 K Street, N.W.
>Washington, D.C.  20006
>Tel:    (202) 303-1122
>Fax:   (202) 303-2122
>Email: mweinstein@willkie.com
>Email: rmeyer@willkie.com


>By:      s/ Charles E. Duross
>           CHARLES E. DUROSS
>           Deputy Chief
>           Court No. A5500618
>           Fraud Section, Criminal Division
>           U.S. Department of Justice
>           1400 New York Avenue, N.W.
>           Washington, D.C.  20005
>           Tel:    (202) 353-7691
>           Fax:   (202) 514-7021
>           Email: charles.duross@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20907-CR-MOORE

UNITED STATES OF AMERICA

vs.

ALCATEL-LUCENT, S.A.,
    f/k/a "Alcatel, S.A.,"

    Defendant.
_____/

## TRANSFER ORDER

**THIS MATTER** is presently pending before this Court on the government's unopposed motion to transfer the above-captioned case to the Honorable Patricia A. Seitz in accord with the Internal Operating Procedures of the United States District Court for the Southern District of Florida. **GOOD CAUSE** appearing that a transfer of this action is appropriate based upon the government's unopposed motion and the Government's Certificate of Trial Attorney stating this case is related to a matter previously filed in this District Court before Judge Patricia A. Seitz, being Case No. 06-20797-CR-SEITZ(s), and subject to consent of the Honorable Patricia A. Seitz, it is

**ADJUDGED** that the above-numbered action is transferred to the calendar of the Honorable Patricia A. Seitz for all further proceedings.

**DONE AND ORDERED** in Chambers in Miami, Florida, on _____ ___, 20___.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

After reviewing the Court file in the above-numbered action, the undersigned hereby accepts the transfer of said case. Therefore, it is

**ADJUDGED** that all pleadings hereinafter filed shall bear Case No. 10-20907-CR-SEITZ, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this ___ day of _____, 20____.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies provided to:

    The Honorable Patricia A. Seitz
    All Counsel of Record
    Clerk of the Court
    United States Marshal
    United States Probation