# Law on the Creation of the Instituto Costarricense de Electricidad (ICE)

Regulations for the creation of the Instituto Costarricense de Electricidad

CHAPTER 1

Creation and Purposes

Article 1: The Instituto Costarricense de Electricidad, hereinafter referred to as the "Institute," is hereby created, and is entrusted with the rational development of energy production plants owned by the Nation, especially hydraulic resources.

The Institute's fundamental responsibility to Costa Ricans will be to channel the advantageous use of hydroelectric power, with the goal of strengthening the national economy and promoting the wellbeing of the Costa Rican people.

Article 2: The goals of the Institute, toward whose achievement it will direct all of its efforts and work programs, will be the following:

> a) To quickly and effectively resolve the scarcity of electric power in the Nation, wherever it may exist, and to ensure that there is power available at all times in order to satisfy normal demands and to promote the development of new industries, the use of electricity in rural areas and greater domestic consumption.
>
> The main activities of the Institute will be geared toward fulfilling this objective, for which it will use all necessary technical, legal and financial means, and its basic work program will be the construction of new hydroelectric energy plants and their respective distribution networks. This task will be carried out within the scope of financially justifiable investments.
>
> b) To consolidate individual efforts currently being made to satisfy the need for electric power, through technical procedures that would ensure the most efficient and advantageous energy usage and distribution systems.
>
> c) To promote industrial development and the highest level of national production, enabling preferential use of electric power as a driving force and a source of heat, and increasing knowledge and use of the country's resources through advice and technological research.

**Page 2:**

Article 3: All of the Institute's work programs and any works and projects that it initiates will be exclusively the result of technical and financial studies performed by the Institute, itself, and no other State organization will intervene in their determination, unless the Institute has requested its cooperation.

Article 4: The Institute will be a fully autonomous legal entity for purposes of putting it in the best position to fulfill its objectives. In exchange for this autonomy, the State demands that the Institute and all those who form a part of it respond with absolute responsibility in the complete fulfillment of the objectives set forth in this law. (Interpreted through Article 1 of Law No. 1874 of the 27th of May of 1955, along with Article 111 of the Law on Financial Administration No. 1279 of the 2nd of May of

1951 and it subsequent amendment by Law No. 1478 of the 17th of July of 1952, in the sense that, in accordance with such legal texts in the areas concerning said Institute, the recourse of holding parties liable is only available against Managers and Directors, motivated by what is decided in terms of public tender.)

## CHAPTER II

**Page 4:**

Article 8: As an autonomous institution, the Institute will carry out its administrative and technical management with absolute independence from the Executive Branch, being guided exclusively by the decisions of its Board of Directors, which will act according to its judgment, adhering to the pertinent laws and regulations and the principles of technique, and will be completely and inevitably responsible for its management. (Interpreted through Article 1 of Law No. 1874 of the 27th of May of 1955, along with Article 111 of the Law on Financial Administration No. 1279 of the 2nd of May of 1951 and it subsequent amendment by Law No. 1478 of the 17th of July of 1952, in the sense that, in accordance with such legal texts in the areas concerning said Institute, the recourse of holding parties liable is only available against Managers and Directors, motivated by what is decided in terms of public tender.)

**Page 6:**

Article 11: The members of the Board of Directors will perform their duties autonomously, in accordance with legal regulations, and will be solely responsible for their management under the law. Without prejudice to other applicable penalties, they will respond personally with their patrimony to any losses they cause to ICE through any authorization they give for operations that are prohibited by law or in contrary to the Institution's interests and objectives. Only those who have voted against these will be exempt. They will be immovable during the term of their position, except when there is just cause or there is some legal responsibility that prevents them from fulfilling their duties. Relations between the Institute and the Executive Branch will be maintained through the governing minister of the Energy and Telecommunications Sectors.

The President will be appointed for a period of four (4) years from the beginning of the respective presidential term. The other members of the Board will be active for six (6) years, one being appointed each year, and may be reelected. Any member who is absent from the country for more than two (2) months without the Board's authorization, or with its authorization if such absence is longer than nine (9) months, or anyone who misses four (4) consecutive ordinary sessions without prior approval will no longer be a member. In these cases, the Board will inform the Executive Branch so that it can designate another person for the remainder of the respective term. (As amended by Article 43 of Law No. 8660 of the 8th of August of 2008)

**Page 9:**

Article 17: The Institute's financial policy will be to reinvest any net revenues it obtains from the sale of electric power and any other source in financing and executing national plans for provision of electricity and promotion of industry based on electric power.

**Page 10:**
The Government will not receive any part of these revenues, as the Institute must not be considered as a source of income for the Treasury, but instead must use all of its resources in order to increase production of electric power as a basic industry of the Nation.

The Institute must allocate all of the resources and funds constituted for that objective for payment of provided labor and guarantee funds and savings for permanent personnel and must continue making the corresponding contributions in an amount no less than that contributed by the officials and employees that contribute to these funds. The funds contributed by the Institute belong to it and will be utilized for the proposed objectives, in accordance with applicable regulations dictated by its Board of Directors. Permanent personnel, according to the qualifications of the Board, must contribute to the funds in an amount no less than five percent of their monthly salaries.

(Added by the standalone Article of Law No. 3625 of the 16th of December of 1965)

Article 18: The Institute will administer its patrimony independently from the Government of the Republic, but will be obligated to report its activities annually to the Executive Branch by submitting:

a) A general memorandum of its activities;

b) A Consolidated Balance Sheet;

**Page 11:**

c) A Statement of Cash Flow;

d) A Statement of the Origin and Application of Funds; and

e) Any other document containing information on its work plans and programs and the results of their management.

**Page 12:**

Transitory Provisions

Transitory Article 1: The members of the first Board of Directors of the Instituto Costarricense de Electricidad will have the length of each of their terms determined by lot in the following manner: one will act until one year after the inauguration of the next Constitutional President of the Republic, two will act until three years afterwards, two more will act until five years afterwards and two more will act until seven years afterwards, all using the abovementioned inauguration date as a reference. The Directors who take their place will be appointed in the manner indicated in Article 11 of this law.

Transitory Article 2: At least during the first years of operations, in addition to the provisions of this law, the Institute will be governed by the accepted practices for this type of institution and by the general labor regulations dictated by the Board of Directors or Management. Based on their experience with the usefulness of these regulations and practices for the needs of the Institute, it will proceed to assemble regulations for this law and operational regulations for the Institute, which must be approved by the Executive Branch.

This Law will go into effect on the day that it is published in the Official Journal.

## DECLARATION OF ACCURACY

Under penalties of perjury, I, CHARLES SCHROEDER, declare that that the foregoing is, to the best of my knowledge and belief, a true and accurate translation from Spanish to English of the *Ley de la Creación del Instituto Costarricense de Electricidad (ICE): Ley No. 449* made on April 8, 1949 in San Jose, Costa Rica.

DATED, this 22nd day of March, 2011.

*[signature]*
CHARLES SCHROEDER
P.O. Box 2147
Running Springs, CA 92382