# Fortification and Modernization of Public Entities in the Telecommunications Sector

8660

THE LEGISLATIVE ASSEMBLY OF THE REPUBLIC OF COSTA RICA

DECREES:

FORTIFICATION AND MODERNIZATION

OF PUBLIC ENTITIES IN THE

TELECOMMUNICATIONS SECTOR

TITLE I

GENERAL PROVISIONS

SINGULAR CHAPTER

GENERAL PROVISIONS

ARTICLE 1: Objective and scope of application

1

EXHIBIT B 1

**Page 2:**

With present Law, the Telecommunications Sector is hereby created, establishing the jurisdiction and attributions that correspond to the governing minister of the Sectorial Ministry of the Environment and Energy, hereinafter the "Ministry of the Environment, Energy and Telecommunications (MINAET)." Furthermore, the Instituto Costarricense de Electricidad (ICE) and its companies are modernized and fortified; also, the Law of the Regulatory Authority of Public Utilities No. 7593 of the 9th of August of 1996 is modified in order to create the Telecommunications Superintendence, hereinafter "SUTEL," which will be the body in charge of regulating, enforcing, supervising and controlling the legal regulations for telecommunications.

The entire Public Administration, both centralized and decentralized, falls under this Law's scope of application, including those belonging to the municipal regime, autonomous institutions, semiautonomous institutions and public and private companies that develop operations or activities related to telecommunications, data communication, information and interconnection products and services and other services that converge with the Telecommunications Sector.

ARTICLE 2: Objectives of the Law

The objectives of this Law are:

> a) To fortify, modernize and endow the Instituto Costarricense de Electricidad (ICE), its companies and its subsidiaries with legislation that allows them to adapt to all changes in the legal regimen for generating and providing electricity services, as well as telecommunications and data communication services, information products and services, and other related services.
>
> b) To complement Law No. 449 of the 8th of April of 1949, Regulations for the creation of the Instituto Costarricense de Electricidad, and its amendments in order to endow ICE with the legal, financial and administrative capacity to continue providing and promoting electricity and telecommunications products and services, both within the national territory and outside of it.
>
> c) To create the Telecommunications Sector and its superintendence within the State's sectorial framework, as well as to establish the jurisdiction and attributions that correspond to the governing minister of the Sector, who, in conjunction with the President of the Republic, will draft the National Plan for the development of telecommunications, which must observe currently effective environmental legislation, including environmental protection and sustainable management and use of natural resources, in addition to promoting the use of sources of renewable energy.

**Page 3:**

> f) To guarantee and reaffirm the administrative and financial autonomy of ICE and its companies.

ARTICLE 3: Governing principles

Public entities in the Telecommunications Sector will take into consideration the governing principles of the legal regulations related to telecommunications, which are defined and currently in effect in the Sector:

    a) Universality

    b) Solidarity

    c) Benefits to the user

    d) Transparency

    e) Effective competency

    f) Non-discrimination

    g) Technological neutrality

    h) Optimization of scarce resources

    i) Privacy of information

    j) Environmental sustainability

**Page 4:**

ARTICLE 4: Objective

The present document complements the Law for the creation of the Instituto Costarricense de Electricidad, No. 449, of the 8th of April of 1949, and its amendments, creating it as an autonomous institution. Its regulations are of an imperative and irrevocable nature, and in the case of any discrepancy, this Law will take precedence over any previous laws.

**Page 9:**

ARTICLE 13: Financial policy

Neither the State nor its institutions may impose financial restrictions or limitations on the investments and indebtedness of ICE and its companies that are foreign or contrary to this Law.

Neither the State nor its institutions may request or demand transfers, surpluses or the purchase of bonds; in general, ICE and its companies cannot be obligated to maintain deposits in the government's checking account or securities.

In the event of excess revenue in the name of ICE or its companies, generated by the provision or promotion of products and services in the area of electricity, telecommunications, data communication and information services, as well as from the promotion of other products and services developed or promoted by ICE, its companies

or through third-party alliances, this excess revenue must be reinvested in development reserves for fulfilling their goals.

**Page 11:**

ARTICLE 16: Human resources policy

Neither the State nor its institutions may impose on ICE or its companies any quantitative or qualitative restrictions regarding contracting human resources that are foreign or contrary to this Law. ICE and its companies will have autonomy and independence in the drafting and execution of their policies for contracting human resources.

ARTICLE 17: Inapplicability of currently effective laws

a) The Law on Financial Balance in the Private Sector No. 6955 of the 24th of February of 1984 and its amendments;

b) Law No. 8131, Financial Administration of the Republic and Public Budgets of the 18th of September of 2001 and its amendments, except for Articles 57 and 94;

**Page 12:**

c) The Law on the Creation of the Budget Authority No. 6821 of the 19th of October of 1982 and its amendments;

d) Article 106 of the Comprehensive Law of the Central Bank of Costa Rica No. 7558 of the 3rd of November of 1995 and its amendments;

e) Articles 10, 16, 17 and 18 of the Law on National Planning No. 5525 of the 2nd of May of 1974 and its amendments regarding investment and reorganization projects;

f) The Law on External Financing 1985-1986 No. 7010 of the 25th of October of 1985; and

g) The last paragraph of Article 4 of Law No. 3293 of the 18th of June of 1964 and its amendments.

**Page 13:**

ARTICLE 21: Contracting capacity

ICE will have the full capacity to enter into legal contracts of every type, for the purpose of purchasing, selling or leasing goods and services, establishing trusts and, in general, any other means or ends that are necessary for duly fulfilling its goals. Likewise, it may loan, finance, mortgage and provide guarantees or collateral. ICE will be authorized to lease its networks and other scarce resources to third parties. Public domain assets will not be subject to taxation.

**Page 19:**

ARTICLE 32: Personnel Statute

ICE will have full autonomy to administer and avail of its human resources, in accordance with labor legislation, the Personnel Statute and any other regulations that ICE negotiates with its workers. In terms of liability, its servers will respond in accordance with Public Law.

The validity of ICE's Personnel Statute and the power of its Board of Directors are ratified in order for these to dictate the regulations and policies that govern working conditions, the creation of positions, remuneration schedules and the rights and obligations of the officials and employees of ICE.

In the case of ICE's companies, the power of the Board of Directors is ratified for each company in order for it to dictate the regulations and policies that govern working conditions, the creation of positions, remuneration schedules and the rights and obligations of its employees, which do not prevent them from entering into collective negotiations in accordance with the law.

ARTICLE 34: Duty to inform

**Page 20:**

ICE and its companies will inform and be subject to the approvals and provisions issued by the bodies and entities listed in this Article, in accordance with regulations and within the limits of their jurisdiction:

> 1. All budgetary documents will be submitted to the General Comptroller of the Republic for approval, in accordance with Item 18 of Law No. 7428 of the 7th of September of 1994 and its amendments; all requests for endorsement of contracts will also be submitted in order to verify their legality.
>
> 2. All information, documents and contracts will be submitted to the Regulatory Authority for Public Utilities and its subsidiary bodies, according to the provisions of Law No. 7593 of the 9th of August of 1996, its amendments and general industry laws.
>
> 3. All relevant information will be submitted to the Superintendence of Pensions, according to the provisions of Law No. 7983 of the 16th of February of 2000 and its amendments.
>
> 4. All information requested by the governing minister of the Energy and Telecommunications Sectors for the performance of his duties will be supplied in accordance with the law.
>
> 5. The Tax Authority will be informed in the matters indicated in Items 57 and 94 of Law No. 8131, Financial Administration of the Republic and Public Budgets, of the 18th of September of 2001, and its amendments; it will also be informed of the creation of new positions, salary increases and the implementation of incentives.

6. The Advisory Council on Energy and Telecommunications will be informed with regard to requests for increasing indebtedness, as defined in Item 1 of Article 14 of this Law.

Without prejudice to the foregoing provisions, ICE and its companies must facilitate access to any information that its competitors have the right to demand.

ARTICLE 35: Management of confidential information

The information that ICE and its companies receive from their users and clients will be of a confidential nature and may only be used and shared by ICE and its companies for business purposes. Third-party knowledge of it is restricted, except when it is requested by an authority with legal jurisdiction, justifying its necessity and utilizing the proper channels.

**Page 21:**

Any information related to the activities of ICE and its companies is confidential if they deem it to be an industrial, commercial or financial secret, whenever it is inappropriate to divulge it to third parties for strategic, commercial or competitive reasons.

**Page 76:**

TRANSITORY PROVISION VIII

**Page 77:**

Within three (3) months from the effective date of this Law, ICE and Racsa must supply the governing minister with any information he requires in order to formulate policies and draft the National Plan for telecommunications development, and will collaborate fully in any way that is necessary for achieving this.

This law will go into effect upon its publication.

LEGISLATIVE ASSEMBLY – Approved on the twenty-ninth day of the month of July of two thousand and eight.

Enacted in Alajuela, Orotina on the eighth day of the month of August of two thousand and eight

## DECLARATION OF ACCURACY

Under penalties of perjury, I, CHARLES SCHROEDER, declare that that the foregoing is, to the best of my knowledge and belief, a true and accurate translation from Spanish to English of the *Fortalecimiento y Modernización de las Entidades Públicas del Sector Telecomunicaciones, Ley No. 8660,* made on August 8, 2008 in Alajuela, Orotina, Costa Rica.

DATED, this 22nd day of March, 2011.

CHARLES SCHROEDER
P.O. Box 2147
Running Springs, CA 92382